UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY C. TANNER,

                Plaintiff,

  v.

DR. KENNEY, et al.,

                Defendants.

Case No. C10-1039-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's amended complaint (Dkt. 9), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' motion for summary judgment (Dkt. 22) is **GRANTED** and this case is **DISMISSED** with prejudice;

(3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 13th day of June, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1